IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 21-cv-00111-RMR-NRN

GIOVANOSKA GONZALEZ,
    Plaintiff,

v.

GROUP VOYAGERS INC., a New York/Foreign Corporation,
a/k/a GLOBUS, a/k/a COSMOS, a/k/a MONOGRAMS,
a/k/a AVALON WATERWAYDS
    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on February 13, 2023, [ECF No. 84] it is

ORDERED that Defendant's Motion for Summary Judgment, ECF Nos. 63, 71 is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims and this case are DISMISSED WITH PREJUDICE, and Judgment is entered in favor of the Defendant. It is

FURTHER ORDERED that Defendant shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of February, 2023.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/ K. Myhaver
                            K. Myhaver, Deputy Clerk